**SO ORDERED,**



Judge Selene D. Maddox

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

RE:
GARY FRITCH                                    CHAPTER 13 PROCEEDING

DEBTOR                                         CASE NO.  21-10072

US BANK TRUST NATIONAL ASSOCIATION
AS TRUSTEE OF CABANA SERIES III TRUST

CREDITOR

### ORDER SUSTAINING DEBTOR'S OBJECTION TO NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES

This cause coming on for hearing on October 4, 2021 upon the Notice of Postpetition

Mortgage Fees, Expenses, And Charges (Dkt. #49) filed by Creditor US Bank Trust National

Association as Trustee of Cabana Series III Trust and Objection thereto filed by the Debtor, Gary

Fritch, Notice of said hearing having been given to said Creditor and the Debtor in accordance

with the Rules of this Court, said Creditor, US Bank Trust National Association as Trustee of

Cabana Series III Trust having been called three times and appearing not, and the Court, being

fully advised in the premises, finds and determines that said Objection should be sustained, that

the issue between the Debtor and said Creditor was not complex, that the amount of said

proposed Postpetition Mortgage Fees, Expenses, and Charges in the amount of $620.00 is

excessive, and that the customary fee in the amount of $350.00 is appropriate.

It is, therefore, ordered and adjudged that the Postpetition Mortgage Fees, Expenses, And

Charges to Creditor US Bank Trust National Association as Trustee of Cabana Series III Trust

shall be in the amount of $350.00.

##END OF ORDER##

SUBMITTED BY:

CARTER DOBBS, JR.
ATTORNEY FOR THE DEBTOR
MISSISSIPPI BAR NO. 6137
103 2ND AVENUE NORTH
POST OFFICE BOX 517
AMORY, MISSISSIPPI 38821
TEL:  (662) 256-5697
FAX: (662) 256-1483

21.0125.mh